USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/23/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICIO RONDON, JORGE MARTINEZ, JUAN DAVID PUERTA, ALLAN E. MORALES, BRIAN AGUDELLO, and PARMAESHWAR MOHAN, On Behalf of Plaintiffs And Similarly Situated Individuals,

           Plaintiffs,

-against-

EGM ELECTRIC NYC, LLC, EGM ELECTRIC, LLC, MICHAEL ESPINOSA, and DAVID MUNOZ,

           Defendants.

21 Civ. 1880 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial pretrial conference scheduled in this matter for August 26, 2021, is hereby ADJOURNED to **September 1, 2021**, at **10:40 a.m.**

SO ORDERED.

Dated: August 23, 2021
      New York, New York

*(signature)*

ANALISA TORRES
United States District Judge