```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICIO RONDON, et al.,

        Plaintiffs,

-against-

EGM ELECTRIC NYC, LLC, et al.,

        Defendants.

21-CV-1880 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic discovery conference, it is hereby ORDERED that:

1. No later than **December 13, 2021**, defendants shall serve their objections, answers, and responses to plaintiffs' interrogatories and document requests, and shall produce all non-privileged responsive documents as to which no objection has been interposed, in accordance with Fed. R. Civ. P. 33 and 34. Failure to do so by the December 13, 2021 deadline will result in a waiver of all of defendants' objections to the interrogatories and document demands, save for privilege objections, which must be logged in accordance with Local Civil Rule 26.2.

2. No later than **December 16, 2021**, the parties shall submit a joint letter proposing a modified discovery and pretrial schedule. If the parties cannot agree on such a schedule, they may present competing schedules, without extended argument, but must still submit a single joint letter.

Dated: New York, New York
       December 9, 2021

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**