UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICIO RONDON, JORGE
MARTINEZ, JUAN DAVID PUERTA,
ALLAN E. MORALES, BRIAN
AGUDELLO, and PARMAESHWAR
MOHAN, On Behalf Of Plaintiffs And
Similarly Situated Individuals,

Plaintiffs,

-against-

EGM ELECTRIC NYC, LLC, EGM
ELECTRIC, LLC, MICHAEL ESPINOSA, and
DAVID MUNOZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/21/2021__

21 Civ. 1880 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled in this matter for January 24, 2022, is ADJOURNED to **March 22, 2022**, at **11:20 a.m.**, in light of the parties' revised deadlines for fact discovery. By **March 15, 2022**, the parties shall submit their joint status letter.

SO ORDERED.

Dated: December 21, 2021
New York, New York

ANALISA TORRES
United States District Judge