```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICIO RONDON, on behalf of Plaintiff, MAURICIO RONDON, on behalf of similarly situated individuals, JORGE MARTINEZ, on behalf of Plaintiff, JORGE MARTINEZ, on behalf of similarly situated individuals, JUAN DAVID PUERTA, on behalf of Plaintiff, JUAN DAVID PUERTA, on behalf of similarly situated individuals, ALLAN E. MORALES, on behalf of Plaintiff, ALLAN E. MORALES, on behalf of similarly situated individuals, BRIAN AGUDELLO, on behalf of Plaintiff, BRIAN AGUDELLO, on behalf of similarly situated individuals, PARMAESHWAR MOHAN, on behalf of Plaintiff, PARMAESHWAR MOHAN, on behalf of similarly situated individuals,

Plaintiffs,

-against-

EGM ELECTRIC, LLC, MICHAEL ESPINOSA, and DAVID MUNOZ,

Defendants.

21 Civ. 1880 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

On December 14, 2024, the Court denied without prejudice the parties' motion for settlement approval. ECF No. 56. The order provided that "[b]y January 22, 2024, the parties may file a revised letter and settlement agreement" for the Court's review. *Id.* On January 23, 2024, the Court granted the parties' thirty-day extension request to file their renewed motion for settlement approval. ECF No. 58. That submission is now overdue.

Accordingly, by **March 26, 2024**, the parties shall submit their renewed motion for settlement approval or Plaintiffs shall indicate their intentions with regard to continuation of this action.

SO ORDERED.

Dated: February 26, 2024
New York, New York

ANALISA TORRES
United States District Judge